People v Eddy (2025 NY Slip Op 04049)

People v Eddy

2025 NY Slip Op 04049

Decided on July 03, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 03, 2025

Before: Kern, P.J., Kennedy, Kapnick, Scarpulla, O'Neill Levy, JJ. 

Ind No. 2391/18|Appeal No. 4683|Case No. 2020-00569|

[*1]The People of The State of New York, Respondent, 
v
Jevon Eddy, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Jonathan Garelick of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Kevin Arturo Peterson of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Efrain Alvarado, J.), rendered October 23, 2019,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 3, 2025
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.